UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JACK P. KATZ, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ERNEST A. GERARDI, JR., RUTH ANN M. GILLIS, NED S. HOLMES, ROBERT P. KOGOD, JAMES H. POLK III, JOHN C. SCHWEITZER, R. SCOT SELLERS, ROBERT H. SMITH, STEPHEN R. DEMERITT, CHARLES MUELLER, JR., CAROLINE BROWER, MARK SCHUMACHER, ALFRED G. NEELY, ARCHSTONE-SMITH OPERATING TRUST, ARCHSTONE-SMITH TRUST, LEHMAN BROTHERS HOLDINGS, INC., AND TISHMAN SPEYER DEVELOPMENT CORPORATION,<br><br>Defendants. | Case No.<br><br>FILED: JULY 16, 2008<br>08CV4035<br>JUDGE DARRAH<br>MAGISTRATE JUDGE ASHMAN<br><br>PH |

**NOTICE OF FILING**

TO:   Kenneth A. Wexler
      Edward A. Wallace
      Christopher J. Stuart
      Melisa Twomey
      WEXLER, TORISEVA WALLACE, LLP
      55 W. Monroe Street, Suite 3300
      Chicago, IL 60603

   PLEASE TAKE NOTICE THAT on July 16, 2008, we caused to be filed with the United States District Court for the Northern District of Illinois a NOTICE OF REMOVAL.

Dated:  July 16, 2008                                              Respectfully submitted,


                                                                   By:   /s/ Steven L. Merouse
                                                                        *One of the attorneys for the Defendants*

Christopher Q. King (ARDC # 6189835)
Steve Merouse (ARDC # 6243488)
Jeffery S. Davis (ARDC # 6277345)
Melissa A. Economy (ARDC # 6282802)
SONNENSCHEIN NATH& ROSENTHAL LLP
7800 Sears Tower
Chicago, Illinois  60606
Phone: (312) 876-8000
Fax:  (312) 876-7934
E-mail:   cking@sonnenschein.com

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I am an attorney and hereby certify that on July 16, 2008, I caused true copies of the foregoing NOTICE OF FILING to be served by messenger upon the following counsel for Plaintiff:

Kenneth A. Wexler
Edward A. Wallace
Christopher J. Stuart
Melisa Twomey
WEXLER, TORISEVA WALLACE, LLP
55 W. Monroe Street, Suite 3300
Chicago, IL 60603

          /s/ Melissa A. Economy
*One of attorneys for Defendants*