IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JACK P. KATZ, on behalf of himself and all others similarly situated,<br><br>     Plaintiff,<br><br>  v.<br><br>ERNEST A. GERARDI, JR., et al.,<br><br>     Defendants. | Case No. 08-CV-4035<br>Judge Darrah |

**NOTICE OF MOTION**

To: Kenneth A. Wexler    Lee Squitieri
   Edward A. Wallace    Squitieri & Fearon, LLP
   Christopher J. Stuart    32 E. 57th Street
   Melisa Twomey     2nd Floor
   Wexler Toriseva Wallace LLP New York, NY 10022
   55 W. Monroe Street, Suite 3300
   Chicago, IL 60603

  PLEASE TAKE NOTICE THAT on Thursday, July 24, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable John W. Darrah, or any judge sitting in his stead, in the courtroom usually occupied by him, Room 1203 in the Dirksen Federal Building, 219 South Dearborn, Chicago, Illinois, and then and there will present the Unopposed Motion for Extension of Time to Answer or Otherwise Plead, a copy of which accompanies this Notice and is hereby served upon you.

Dated: July 18, 2008       Respectfully submitted,

             By:  /s/Jeffery S. Davis_____
                One of the attorneys for Defendants

                Christopher Q. King (6189835)
                Steve Merouse (6243488)
                Jeffery S. Davis (6277345)
                SONNENSCHEIN NATH & ROSENTHAL LLP
                7800 Sears Tower
                Chicago, IL 60606
                Phone: (312) 876-8000
                Fax: (312) 876-7934

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2008, I electronically filed the preceding with the Clerk of the Court using the CM/ECF system which will send notification of such filings to the following and, in addition, served the following by U.S. Mail and email on July 18, 2008:

>Kenneth A. Wexler
>Edward A. Wallace
>Christopher J. Stuart
>Melisa Twomey
>Wexler Toriseva Wallace LLP
>55 W. Monroe Street
>Suite 3300
>Chicago, IL  60603
>
>Lee Squitieri
>Squitieri & Fearon, LLP
>32 E. 57th Street
>2nd Floor
>New York, NY  10022

/s/Jeffery S. Davis_____