# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08cv4035 | **DATE** | July 21, 2008 |
| **CASE TITLE** | Katz v. Gerardi et al. | | |

**DOCKET ENTRY TEXT:**

Defendants' Unopposed Motion for Extension of Time to Answer or Otherwise Plead [9, 10] is granted. Defendants to respond or answer by September 8, 2008.

Docketing to mail notices.

| | Courtroom Deputy Initials: | nm |
|---|---|---|