IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JACK P. KATZ, on behalf of himself and all others similarly situated,<br><br>                 Plaintiff,<br><br>   v.<br><br>ERNEST A. GERARDI, JR., et al.,<br><br>               Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 08-CV-4035<br>Judge Darrah |

**NOTICE OF MOTION**

To:   Counsel listed in attached Certificate of Service

      PLEASE TAKE NOTICE THAT on Tuesday, July 29, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable John W. Darrah, or any judge sitting in his stead, in the courtroom usually occupied by him, Room 1203 in the Dirksen Federal Building, 219 South Dearborn, Chicago, Illinois, and then and there will present Certain Defendants' 28 U.S.C. § 1404(a) Motion to Transfer, a copy of which accompanies this Notice and is hereby served upon you.

Dated: July 23, 2008                    Respectfully submitted,

                        By:   /s/Jeffery S. Davis_____
                        *One of the attorneys for Defendants Archstone-*
                        *Smith Operating Trust, Archstone-Smith Trust,*
                        *Lehman Brothers Holdings Inc., and Tishman*
                        *Speyer Development Corporation*

                        Christopher Q. King (6189835)
                        Steve Merouse (6243488)
                        Jeffery S. Davis (6277345)
                        SONNENSCHEIN NATH & ROSENTHAL LLP
                        7800 Sears Tower
                        Chicago, IL  60606
                        Phone:  (312) 876-8000
                        Fax:  (312) 876-7934

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2008, I electronically filed the preceding with the Clerk of the Court using the CM/ECF system which will send notification of such filings to the following and, in addition, served the following by U.S. Mail and email on July 23, 2008:

>Kenneth A. Wexler
>Edward A. Wallace
>Christopher J. Stuart
>Melisa Twomey
>Wexler Toriseva Wallace LLP
>55 W. Monroe Street
>Suite 3300
>Chicago, IL  60603

>Lee Squitieri
>Squitieri & Fearon, LLP
>32 E. 57th Street
>2nd Floor
>New York, NY  10022

/s/Jeffery S. Davis_____