IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JACK P. KATZ, on behalf of himself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 08-CV-04035 |
| v. | ) ) ) | Judge Darrah |
| ERNEST A. GERARDI, JR., RUTH ANN M. GILLIS, NED S. HOLMES, ROBERT P. KOGOD, JAMES H. POLK III, JOHN C. SCHWEITZER, R. SCOT SELLERS, ROBERT H. SMITH, STEPHEN R. DEMERITT, CHARLES MUELLER, JR., CAROLINE BROWER, MARK SCHUMACHER, ALFRED G. NEELY, ARCHSTONE-SMITH OPERATING TRUST, ARCHSTONE-SMITH TRUST, LEHMAN BROTHERS HOLDINGS, INC., and TISHMAN SPEYER DEVELOPMENT CORPORATION, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**PLAINTIFF'S MOTION TO REMAND**

Plaintiff Jack P. Katz, by his attorneys, for the reasons set forth in the accompanying Memorandum of law, respectfully requests that this Court remand this Action to the Circuit Court of Cook County, Illinois.

1

DATED: July 23, 2008                            JACK P. KATZ, individually and on behalf of all persons similarly situated,

By: /s/ Edward A. Wallace
Kenneth A. Wexler
Edward A. Wallace
Christopher J. Stuart
S. Melisa Twomey
Wexler Toriseva Wallace LLP
55 West Monroe Street, Suite 3300
Chicago, IL 60603
Telephone: (312) 346-2222

Lee Squitieri
Squitieri & Fearon, LLP
32 E. 57th Street, 2nd Floor
New York, NY 10022
Telephone: (212) 421-6792

*Attorneys for Plaintiff Jack P. Katz and the Proposed Class*

**CERTIFICATE OF SERVICE**

      I, Edward A. Wallace, hereby certify that a copy of ***Plaintiff's Motion to Remand*** was electronically filed. Those attorneys who are registered with the Electronic Filing System may access these filings through the Court's System, and notice of these filings will be sent to these parties by operation of the Court's Electronic Filing System. Those attorneys who are not registered with the Electronic Filing System will be served by First Class United States Mail, with proper postage prepaid, on the 24th day of July, 2008.

Date: July 23, 2008

/s/ Edward A. Wallace__
Edward A. Wallace
Wexler Toriseva Wallace LLP
55 W. Monroe Street, Suite 3300
Chicago, IL  60603
Telephone: (312) 346-2222
Facsimile: (312) 346-0022
eaw@wtwlaw.com