## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| JACK P. KATZ, on behalf of himself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 08-CV-04035 |
| | ) | Judge Darrah |
| v. | ) ) | |
| ERNEST A. GERARDI, JR., et al., | ) ) | |
| Defendants. | ) ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE THAT on Tuesday, July 29, 2008, at 9:00 a.m., the undersigned shall appear before the Honorable John W. Darrah or any judge sitting in his stead, in courtroom 1203, 219 South Dearborn, Chicago, Illinois, and present *Plaintiff's Motion for Remand*, which is hereby served upon you.

Dated: July 23, 2008

**WEXLER TORISEVA WALLACE, LLP**

By: /s/ Edward A. Wallace
Kenneth A. Wexler
Edward A. Wallace
S. Melisa Twomey
55 W. Monroe Street, Suite 3300
Chicago, Illinois 60603
(312) 346-2222 – Telephone

<u>**CERTIFICATE OF SERVICE**</u>

I, Edward A. Wallace, hereby certify that a copy of the foregoing Notice of Motion was electronically filed. Those attorneys who are registered with the Electronic Filing System may access these filings through the Court's System, and notice of these filings will be sent to these parties by operation of the Court's Electronic Filing System. Those attorneys who are not registered with the Electronic Filing System will be served by First Class United States Mail, with proper postage prepaid, on the 23rd day of July, 2008.

Date:  July 23, 2008

/s/ Edward A. Wallace
Edward A. Wallace
Wexler Toriseva Wallace LLP
55 W. Monroe Street, Suite 3300
Chicago, IL  60603
Telephone: (312) 346-2222
Facsimile: (312) 346-0022
eaw@wtwlaw.com