**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08-cv-4035 |
|---|---|
| JACK P. KATZ, et al., Plaintiff | |

v.

ERNEST A. GERARDI, JR., et al. Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff Jack P. Katz

| | |
|---|---|
| NAME (Type or print) | |
| Christopher J. Stuart | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Christopher J. Stuart | |
| FIRM | |
| Wexler Toriseva Wallace LLP | |
| STREET ADDRESS | |
| 55 W. Monroe Street, Suite 3300 | |
| CITY/STATE/ZIP | |
| Chicago, IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6190361 | 312-346-2222 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ✓ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ✓    APPOINTED COUNSEL ☐ | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JACK P. KATZ, on behalf of himself and all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | Case No. 08-CV-04035 |
| ) | Judge John W. Darrah |
| v. ) ) | |
| ERNEST A. GERARDI, JR., et al., ) ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

    I, Christopher J. Stuart, hereby certify that a copy of the attached ***Attorney Appearance Form*** for was electronically filed.  Those attorneys who are registered with the Electronic Filing System may access these filings through the Court's System, and notice of these filings will be sent to these parties by operation of the Court's Electronic Filing System.

Date:  July 24, 2008

/s/ Christopher J. Stuart
Christopher J. Stuart
Wexler Toriseva Wallace LLP
55 W. Monroe Street, Suite 3300
Chicago, IL  60603
Telephone: (312) 346-2222
Facsimile: (312) 346-0022
cjs@wtwlaw.com