IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JACK P. KATZ, on behalf of himself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 08-CV-04035 |
| v. | ) ) | Hon. John W. Darrah |
| ERNEST A. GERARDI, JR., et al., | ) ) ) | |
| Defendants. | ) | |

## AMENDED NOTICE OF MOTION

Pursuant to instructions from Judge Darrah's Chambers, Plaintiff Jack P. Katz hereby filed this Amended Notice of Motion, a copy of which is hereby served upon you.

PLEASE TAKE NOTICE THAT on Tuesday, September 9, 2008, at 9:00 a.m., the undersigned shall appear before the Honorable John W. Darrah or any judge sitting in his stead, in courtroom 1203, 219 South Dearborn, Chicago, Illinois, and present *Plaintiff's Motion for Remand*, which was previously served upon you.

Dated: July 24, 2008

WEXLER TORISEVA WALLACE, LLP

By: /s/ Edward A. Wallace
Kenneth A. Wexler
Edward A. Wallace
Christopher J. Stuart
S. Melisa Twomey
55 W. Monroe Street, Suite 3300
Chicago, Illinois  60603
(312) 346-2222 – Telephone

**CERTIFICATE OF SERVICE**

     I, Edward A. Wallace, hereby certify that a copy of the foregoing Notice of Motion was electronically filed. Those attorneys who are registered with the Electronic Filing System may access these filings through the Court's System, and notice of these filings will be sent to these parties by operation of the Court's Electronic Filing System.

Date: July 24, 2008

/s/ Edward A. Wallace
Edward A. Wallace
Wexler Toriseva Wallace LLP
55 W. Monroe Street, Suite 3300
Chicago, IL 60603
Telephone: (312) 346-2222
Facsimile: (312) 346-0022
eaw@wtwlaw.com