## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08cv4035 | **DATE** | July 24, 2008 |
| **CASE TITLE** | Katz v. Gerardi et al. | | |

**DOCKET ENTRY TEXT:**

Defendant's Motion to Transfer [12, 13,14] and Plaintiff's Motion to Remand [18, 19, 20] are entered and continued. The motions are to be briefed as follows: Defendant to file a reply in its Motion to Transfer by August 6, 2008. Defendant to respond to Plaintiff's Motion to Remand by August 25, 2008; Plaintiff to reply by September 8, 2008.

The case is set for status on October 14, 2008 at 9:00 a.m.

| | Courtroom Deputy Initials: | mf |
|---|---|---|