IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JACK P. KATZ, on behalf of himself and all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 08-CV-4035 |
| v. | ) ) | Judge Darrah |
| ERNEST A. GERARDI, JR., et al., | ) ) ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

To:   Counsel listed in attached Certificate of Service

     PLEASE TAKE NOTICE THAT on Thursday, August 7, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable John W. Darrah, or any judge sitting in his stead, in the courtroom usually occupied by him, Room 1203 in the Dirksen Federal Building, 219 South Dearborn, Chicago, Illinois, and then and there will present Certain Defendants' Unopposed Motion For Leave to File Brief Exceeding 15 Pages, a copy of which accompanies this Notice and is hereby served upon you.

Dated:  August 1, 2008           Respectfully submitted,


                          By:   /s/Jeffery S. Davis_____
                                *One of the attorneys for Defendants Archstone-Smith Operating Trust, Archstone-Smith Trust, Lehman Brothers Holdings Inc., and Tishman Speyer Development Corporation*

                                Christopher Q. King (6189835)
                                Steve Merouse (6243488)
                                Jeffery S. Davis (6277345)
                                SONNENSCHEIN NATH & ROSENTHAL LLP
                                7800 Sears Tower
                                Chicago, IL  60606
                                Phone:  (312) 876-8000
                                Fax:  (312) 876-7934

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2008, I electronically filed the preceding with the Clerk of the Court using the CM/ECF system which will send notification of such filings to the following and, in addition, served the following by U.S. Mail and email on August 1, 2008:

> Kenneth A. Wexler
> Edward A. Wallace
> Christopher J. Stuart
> Melisa Twomey
> Wexler Toriseva Wallace LLP
> 55 W. Monroe Street
> Suite 3300
> Chicago, IL  60603
>
> Lee Squitieri
> Squitieri & Fearon, LLP
> 32 E. 57th Street
> 2nd Floor
> New York, NY  10022

        /s/Jeffery S. Davis_____