IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JACK P. KATZ, on behalf of himself and all others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>ERNEST A. GERARDI, JR., et al.,<br><br>   Defendants. | Case No. 08-CV-04035<br>Hon. John W. Darrah |

## WAIVER OF SERVICE OF SUMMONS

TO: Christopher J. Stuart
   Wexler Toriseva Wallace LLP
   55 West Monroe St., Suite 3300
   Chicago, IL 60603

  I, Ruth Ann M. Gillis, have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

  I, or the entity I represent, agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I, or the entity I represent, be served with judicial process in the manner provided by Rule 4.

  I understand that I, or the entity I represent, will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

  I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after August 31, 2008 or within 90 days after that date if the request was sent outside the United States, or by a date otherwise ordered by the Court.

Date: <u>August 22, 2008</u>       By: <u>/s/Christopher Q. King/jsd</u>
                    Christopher Q. King
                    Sonnenschein Nath & Rosenthal, LLP
                    7800 Sears Tower
                    233 S. Wacker Drive
                    Chicago, IL 60606-6404
                    cking@sonnenschein.com
                    (312) 876-8000

                    *Attorney for Defendant Ruth Ann M. Gillis*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JACK P. KATZ, on behalf of himself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) ) | Case No. 08-CV-04035<br>Judge John W. Darrah |
| v. | ) ) | |
| ERNEST A. GERARDI, JR., et al., | ) ) ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I, Christopher J. Stuart, hereby certify that a copy of the attached *Waiver of Service of Summons* was electronically filed. Those attorneys who are registered with the Electronic Filing System may access these filings through the Court's System, and notice of these filings will be sent to these parties by operation of the Court's Electronic Filing System.

Date: August 25, 2008

/s/ Christopher J. Stuart
Christopher J. Stuart
Wexler Toriseva Wallace LLP
55 W. Monroe Street, Suite 3300
Chicago, IL 60603
Telephone: (312) 346-2222
Facsimile: (312) 346-0022
cjs@wtwlaw.com