IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JACK P. KATZ, on behalf of himself and all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| ERNEST A. GERARDI, JR., et al., | ) ) |
| Defendants. | ) ) |

Case No. 08-cv-04035
Hon. John W. Darrah

## NOTICE OF MOTION

PLEASE TAKE NOTICE THAT on Thursday, September 4, 2008, at 9:00 a.m., the undersigned shall appear before the Honorable John W. Darrah or any judge sitting in his stead, in courtroom 1203, 219 South Dearborn, Chicago, Illinois, and present *Plaintiff's Unopposed Motion to Exceed Page Limit*, which is hereby served upon you.

Dated: August 29, 2008

WEXLER TORISEVA WALLACE, LLP

By: /s/ Christopher J. Stuart
    Kenneth A. Wexler
    Edward A. Wallace
    Christopher J. Stuart
    S. Melisa Twomey
    55 W. Monroe Street, Suite 3300
    Chicago, Illinois 60603
    (312) 346-2222 – Telephone

*Attorneys for Plaintiff Jack P. Katz and the Proposed Class*

## CERTIFICATE OF SERVICE

I, Christopher J. Stuart, hereby certify that a copy of the foregoing *Notice of Motion* was electronically filed. Those attorneys who are registered with the Electronic Filing System may access these filings through the Court's System, and notice of these filings will be sent to these parties by operation of the Court's Electronic Filing System. Those attorneys who are not registered with the Electronic Filing System will be served by First Class United States Mail, with proper postage prepaid, on the 29th day of August 2008.

Dated: August 29, 2008

/s/ Christopher J. Stuart
Christopher J. Stuart
Wexler Toriseva Wallace LLP
55 W. Monroe Street, Suite 3300
Chicago, IL 60603
Telephone: (312) 346-2222
Facsimile: (312) 346-0022
cjs@wtwlaw.com