## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08cv4035 | **DATE** | September 2, 2008 |
| **CASE TITLE** | Katz v. Gerardi, et al. | | |

**DOCKET ENTRY TEXT:**

Plaintiff's Motion for Leave to Exceed Page Limit [34, 35] is granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | nm |
|---|---|---|